```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 10783
    ERIKA J CERDA EZQUIVEL
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-8118


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/15/2007 and was not confirmed.

    The case was dismissed without confirmation 07/30/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
--------------------------------------------------------------------------------
AMERICAS WHOLESALE LENDE SECURED NOT I        .00            .00             .00
AMERICAS WHOLESALE LENDE SECURED NOT I     2126.90            .00             .00
BANK OF NEW YORK         SECURED NOT I        .00            .00             .00
CHRYSLER CREDIT          SECURED VEHIC        .00            .00             .00
COUNTRYWIDE HOME LENDING CURRENT MORTG        .00            .00             .00
COUNTRYWIDE HOME LENDING MORTGAGE ARRE        .00            .00             .00
COUNTRYWIDE HOME LENDING CURRENT MORTG        .00            .00             .00
COUNTRYWIDE HOME LENDING MORTGAGE ARRE        .00            .00             .00
CONTINENTAL FURNITURE    UNSEC W/INTER   NOT FILED            .00             .00
LAREDO NATIONAL BANK     UNSEC W/INTER   NOT FILED            .00             .00
LAREDO NATIONAL BANK     UNSEC W/INTER   NOT FILED            .00             .00
MEDICAL COLLECTION SYSTE UNSEC W/INTER   NOT FILED            .00             .00
PRIME ACCEPTANCE CORP    UNSEC W/INTER     2105.40            .00             .00
DAIMLER CHRYSLER FINANCI SECURED NOT I        .00            .00             .00
PRIME ACCEPTANCE CORP    SECURED NOT I        .00            .00             .00
THAV & RYKE PLLC         DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                    ---------------     ---------------
TOTALS                     .00                   .00



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 10783 ERIKA J CERDA EZQUIVEL
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/18/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE